United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHELSEA AVINA, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-00660 |
| | § |
| JET LENDING LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court are Plaintiffs Erick Pleitez and Josh Singh's Notices of Nonsuit. Doc #23; Doc. #24. In accordance with their Notices of Nonsuit and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims brought by Plaintiffs Erick Pleitez and Josh Singh are DISMISSED with prejudice. All costs, fees, and expenses are to be borne by the party incurring the same. These dismissals do not, in any way, affect any other claims. Specifically, the claims brought by Plaintiff Chelsea Avina continue forward.

It is so ORDERED.

AUG 0 8 2023
Date

The Honorable Alfred H. Bennett
United States District Judge